1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JERRY BAKER,
11          Plaintiff,                      No. CIV S-08-404 LKK KJM P
12      vs.
13  SOLANO COUNTY JAIL, et al.,
14          Defendants.
15  _____/           ORDER
16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42
17  U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.
18  § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.
19  § 636(b)(1).
20          Plaintiff has submitted a declaration that makes the showing required by 28
21  U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.
22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28
23  U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $35.56 will be assessed by this
24  order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to
25  collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the
26  Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

1

preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Plaintiff has asked for verification of his pro se status. Plaintiff has not alleged that his right of access to the courts is being impaired in the absence of such verification. The court declines to issue such a document.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is assessed an initial partial filing fee of $ 35.56. All fees shall be collected and paid in accordance with this court's order to the Sheriff of Solano County Jail filed concurrently herewith.

3. Service is appropriate for the following defendants: Prowell, Erkeneff, Jones and Patterson.

4. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 22, 2008.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the endorsed complaint filed February 22, 2008.

2

1    6. Plaintiff need not attempt service on defendants and need not request waiver of
2  service.  Upon receipt of the above-described documents, the court will direct the United States
3  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
4  without payment of costs.
5    7. Plaintiff's request for verification of his pro se status (docket no. 10) is denied.
6  DATED:  May 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2
bake0404.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

      Plaintiff,　　　　　　　　　　　　　No. CIV S-08-404 LKK KJM P

  vs.

SOLANO COUNTY JAIL, et al.,

　　　　　　　　　　　　　　　　　　　　　NOTICE OF SUBMISSION

      Defendants.　　　　　　　　　　　　OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____　　completed summons form

      _____　　completed USM-285 forms

      _____　　copies of the _____
　　　　　　　　　　　　Complaint/Amended Complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff