**FILED**

JUN 18 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                    No. CIV S-08-0404 LKK KJM P

    vs.

SOLANO COUNTY JAIL, et al.,         ORDER

    Defendants.

_____/

        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed May 23, 2008, the court determined that plaintiff's complaint states a cognizable claim for relief against defendants Prowell, Erkeneff, Jones and Patterson and ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. Plaintiff has returned the required materials, but the USM-285 forms are filled out improperly; instead of listing one defendant on each form, plaintiff has included all four on each form.

        Plaintiff has requested the appointment of counsel or a stay of the proceedings during his incarceration. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court

1

1 may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v.
2 Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36
3 (9th Cir. 1990). In the present case, the court does not find the required exceptional
4 circumstances at this time. Plaintiff's request for the appointment of counsel will therefore be
5 denied.

6       Plaintiff's request for a stay is based on the difficulties of litigating while
7 incarcerated, as is his request for an order directing the jail to allow him to make telephone calls.
8 Incarceration, per se, does not establish good cause for either request.

9       IT IS HEREBY ORDERED:

10       1. The Clerk of the Court shall send plaintiff four USM-285 forms, one
11 summons, an instruction sheet and the five copies of the complaint dated February 22, 2008
12 previously submitted by plaintiff.

13       2. Within thirty days from the date of this order, plaintiff shall complete the
14 attached Notice of Submission of Documents and submit the following documents to the court:

15       a. The completed Notice of Submission of Documents;
16       b. One completed summons;
17       c. One completed USM-285 form for each defendant identified above;
18       and
19       d. Five copies of the endorsed complaint filed February 22, 2008.

20       3. Plaintiff need not attempt service on defendants and need not request waiver of
21 service. Upon receipt of the above-described documents, the court will direct the United States
22 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
23 without payment of costs.

24       4. Plaintiff's request for the appointment of counsel or for a stay of the
25 proceedings (docket no. 15 is denied).

26 //////

5. Plaintiff's request for court ordered telephone calls (docket no. 16) is denied.

DATED: 6/17/08

_____
UNITED STATES MAGISTRATE JUDGE

2
bake0404.usm-frm