IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

    Plaintiff,                        No. CIV S-08-0404 LKK KJM P

    vs.

SOLANO COUNTY JAIL, et al.,

    Defendants.                  <u>ORDER</u>

/

        Plaintiff has filed a second request for a court order directing the prison to provide him telephone calls to his legal assistant.

        The difficulties in litigating while incarcerated, however, do not provide good cause to grant his request.

        IT IS THEREFORE ORDERED that plaintiff's request for an order directing prison authorities to allow him to call his legal assistant (docket no. 18) is denied.

DATED: September 8, 2008.

_____
U.S. MAGISTRATE JUDGE

2/bake0404.ntel

1