## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
* * * * * * * * * * * * * * * * *
                                 *
JERRY W. BAKER,                  *   No. 2:08-cv-00404-AK
                                 *
    Plaintiff,                   *
                                 *
    v.                           *
                                 *
SOLANO COUNTY JAIL; et al.,      *   ORDER
                                 *
    Defendants.                  *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

Plaintiff Jerry W. Baker has moved for proof that he is acting as his own lawyer in this case (<u>in propria persona</u>), because he says such proof is needed before his jail will provide legal supplies.

Good cause being shown, the motion is granted. The Court states that Baker is currently acting as his own lawyer in the above-captioned case.

March 19, 2010

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation