UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY W. BAKER**, <br><br> Plaintiff, <br><br> v. <br><br> **SOLANO COUNTY JAIL et al.**, <br><br> Defendants. | No. 2:08-cv-00404-AK <br><br> **ORDER** |

Plaintiff, a pro se prisoner, requests a copy of the docket report and filings for an appeal of my order. In light of plaintiff's pro se status, his request is granted. The clerk is directed to provide plaintiff with a copy of the docket report and all associated filings.

June 18, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation